1  Rochelle L. Wilcox (SB# 197790)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
3  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
4  Email:         rochellewilcox@dwt.com

5  Attorneys for Defendant
   PACIFIC OFFICE AUTOMATION, INC.
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10
   MICHAEL MARSHALL,                          ) Case No. **C 10-05406 JCS**
11                                            )
              Plaintiff,                      )
12                                            ) **STIPULATION AND [PROPOSED]**
       v.                                     ) **ORDER TO CONTINUE CASE**
13                                            ) **MANAGEMENT CONFERENCE AND**
   PACIFIC OFFICE AUTOMATION, INC., and       ) **RELATED DEADLINES**
14 DOES 1 through 20,                         )
                                              ) Current Date:  March 11, 2011
15            Defendants.                     ) Time:                1:30 p.m.
                                              ) Courtroom:        A
16                                            )
                                              ) Proposed Date: March 18, 2011
17                                            ) Time:                1:30 p.m.
                                              ) Courtroom:        A
18                                            )

**COME NOW** Plaintiff and Defendant, by and through their respective counsel, and do hereby stipulate, and request that the Court Order, that the Case Management Conference currently scheduled for March 11, 2011 at 1:30 p.m., be continued, to be held on March 18, 2011 at 1:30 p.m.  This continuance is requested because Defendant's counsel has a previously-scheduled court appearance in Alameda County on March 11, 2011 at 3:30 and has been advised by the Court's clerk that the Alameda County appearance may result in a calendar conflict.

In addition, the parties stipulate, and respectfully request that the Court Order, that the parties' deadline for exchanging their initial disclosures and the corresponding filing deadlines for the parties' Joint Case Management Statement and Rule 26(f) Report also be continued for one week, from the current deadline of March 4, 2011 to a new deadline of March 11, 2011.

DATED:  March 4, 2011　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　　　　　ROCHELLE L. WILCOX


By: /s/ Rochelle L. Wilcox
　　　　　Rochelle L. Wilcox

Attorneys for Defendant
PACIFIC OFFICE AUTOMATION, INC.

DATED:  March 4, 2011　　　　　　　　　　LAW OFFICES OF VICTOR C. THUESEN


By: /s/ Victor C. Thuesen
　　　　Victor C. Thuesen
**The filer attests that Victor Thuesen's authorization to include his e-signature was obtained via e-mail on March 4, 2011**

Attorney for Plaintiff
MICHAEL MARSHALL

DAVIS WRIGHT TREMAINE LLP

# ORDER

It is so ordered.

Dated this __8th__ day of March, 2011.



_____
Honorable Joseph C. Spero
United States District Court

*DAVIS WRIGHT TREMAINE LLP*