

**Davis Wright Tremaine LLP**

Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017

Rochelle L. Wilcox
213 633.6883 tel
213 633.6899 fax

March 9, 2011

Hon. Joseph C. Spero
Magistrate Judge
United States District Court, Northern Dist.
450 Golden Gate Avenue
Courtroom A
San Francisco, CA 94102

      Re:  Michael Marshall v. Pacific Office Automation, Inc.
           USDC Case No. 3:10-cv-05406-JCS

Dear Judge Spero:

    On behalf of Defendant, Pacific Office Automation, Inc., I am requesting to appear telephonically at the Case Management Conference currently scheduled for March 18, 2011 at 1:30 p.m. in Courtroom A. **My landline contact phone number is (916) 771-4121.**

    Thank you.

Very truly yours,

Dated:  March 10, 2011

DAVIS WRIGHT TREMAINE LLP

/s/ *Rochelle L. Wilcox*
Rochelle L. Wilcox



IT IS SO ORDERED
Judge Joseph C. Spero

DWT 16716630v1 0060489-000006

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com