LAW OFFICES OF
# VICTOR C. THUESEN
11 WESTERN AVENUE
PETALUMA, CALIFORNIA 94952
(707) 763-5030
FAX (707) 763-1848

March 10, 2011

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A
San Francisco, CA 94102

    Re:    <u>Marshall v. Pacific Office Automation, Inc.; USDC No. 3:10-cv-05406-JCS</u>

Dear Judge Spero,

    I serve as lead trial counsel for Plaintiff Michael Marshall in the above matter. I write pursuant to Local Rule 16-10 (a) to request permission to appear by telephone at the Case Management Conference that is presently set for March 18, 2011 at the hour of 1: 30 p.m. I can be reached on my office telephone at 707-763-5030.

    Thank you for your attention to this request.

Respectfully,

VICTOR C. THUESEN

VCT/dk/0101317.1

cc:    Rochelle L. Wilcox (by e-service)

IT IS HEREBY ORDERED THAT counsel shall establish a conference call number and pass code by March 16, 2011 for the March 18 hearing. Please consult the website for further information

Dated: March 11, 2011

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero