**Davis Wright Tremaine LLP**

Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017

Rochelle L. Wilcox
213 633.6883 tel
213 633.6899 fax

May 18, 2011

Hon. Joseph C. Spero
Magistrate Judge
United States District Court, Northern Dist.
450 Golden Gate Avenue
Courtroom A
San Francisco, CA 94102

Re: Michael Marshall v. Pacific Office Automation, Inc.
USDC Case No. 3:10-cv-05406-JCS

Dear Judge Spero:

On behalf of Defendant, Pacific Office Automation, Inc., I am requesting to appear telephonically at the Case Management Conference currently scheduled for June 3, 2011 at 1:30 p.m. in Courtroom A. **My landline contact phone number is (916) 771-4121.**

Thank you.

Very truly yours,

DAVIS WRIGHT TREMAINE LLP

/s/ *Rochelle L. Wilcox*
Rochelle L. Wilcox

RLW:ejd

IT IS HEREBY ORDERED that Ms. Wilcox shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: May 20, 2011

*IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero*

DWT 16716630v2 0060489-000006

| Anchorage | New York | Seattle | |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |