LAW OFFICES OF
# VICTOR C. THUESEN
11 WESTERN AVENUE
PETALUMA, CALIFORNIA 94952
(707) 763-5030
FAX (707) 763-1848

May 22, 2011

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A
San Francisco, CA 94102

Re: Marshall v. Pacific Office Automation, Inc.; USDC No. 3:10-cv-05406-JCS

Dear Judge Spero,

I serve as lead trial counsel for Plaintiff Michael Marshall in the above matter. I write pursuant to Local Rule 16-10 (a) to request permission to appear by telephone at the Case Management Conference that is presently set for June 3, 2011 at the hour of 1: 30 p.m. I can be reached on my office telephone at 707-763-5030. Alternatively, the Court may reach the parties at conference call number 888-757-0729. The pass code to be used is 213-633-6883.

Thank you for your attention to this request.

Respectfully,

VICTOR C. THUESEN

VCT/dk/0101317.1

cc: Rochelle L. Wilcox (by e-service)

IT IS HEREBY ORDERED THAT the Court will contact the parties using the conference call number that has been established by Mr. Thuesen.

Dated: May 23, 2011.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero