Victor C. Thuesen (SBN 92467)
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Fax: (707) 763-1848
Email: vthuesen@sbcglobal.net

Attorney for Plaintiff Michael Marshall

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARSHALL, | No. C 10-05406 JCS |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL |
| PACIFIC OFFICE AUTOMATION, INC., | |
| Defendant. | |

It is hereby stipulated by Plaintiff Michael Marshall and Defendant Pacific Office Automation, Inc., through their respective counsel, that the herein action may be dismissed with prejudice pursuant

///
///
///
///
///
///
///

STIPULATION FOR DISMISSAL     1

1 | to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own costs.

2 | Dated: August 29, 2011

LAW OFFICES OF VICTOR C. THUESEN

By: _____
VICTOR C. THUESEN
Attorney for Plaintiff Michael Marshall

Dated: August 29, 2011

DAVIS WRIGHT TREMAINE LLP

By: _____
JENNA L. MOONEY
Attorney for Defendant Pacific Office Automation

Dated: 8/31/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL                                    2